---

## In re LEVY.

(District Court, W. D. Pennsylvania. July, 1901.)

BANKRUPTCY—COMPOSITION—WITHDRAWAL OF ACCEPTANCE BY CREDITORS.

Creditors of a bankrupt, who have signed an acceptance of an offer of composition, and invoked the action of the court thereon, will not be permitted to withdraw their signatures, where it is not alleged that they were procured by fraud or misrepresentation.

In Bankruptcy.

A majority in number and amount of bankrupt's creditors signed an acceptance of the offer of composition, whereby it was agreed to pay 25 cents on the dollar. Subsequently a number of the creditors who had agreed to accept such composition came into court, and desired to file a paper, asking leave to withdraw their acceptance, and that the application for the composition be dismissed; stating that when they signed the acceptance they were not aware of all the facts in the case.

Way, Walker & Morris, for petitioning creditors.

Spiro & Sachs, for bankrupt.

BUFFINGTON, District Judge (orally). These creditors voluntarily came into court, accepted the proposed composition, and asked the court to act in the matter, and confirm the composition. They procured the court to act, and they are now estopped from interfering with the further conduct of the case in the matter of this composition. Had they alleged fraud or misrepresentation in the procuring of their signatures to the acceptance, the case would be different. They are presumed to have had the same knowledge when they signed as they have now. The application for their withdrawal will be refused, and the court will proceed to pass upon the merits of the proposed composition. If it is not for the best interests of the creditors, it can be shown on the hearing before the referee.